

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2016

No. 04-16-00522-CR

**IN RE** Daniel **GUTIERREZ-LOPEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Sandee Bryan Marion, Chief Justice
          Rebeca C. Martinez, Justice
          Jason Pulliam, Justice

On August 15, 2016, Relator filed a petition for writ of mandamus, contending the trial court has refused to rule upon a motion filed with the court in June, 2016. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than September 6, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4. It is so **ORDERED** on August 22, 2016.

PER CURIAM

ATTESTED TO: _____
             Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2013CR7741, styled *State of Texas v. Daniel Gutierrez-Lopez*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.